ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASIM HASAN,<br>A094-549-106,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | No. 1:26-CV-05590-DAD-CKD<br><br>~~[PROPOSED]~~ ORDER FOR FIRST EXTENSION OF TIME |

For good cause being shown, the Court hereby grants Respondent's motion for a four-day extension of time, through and including Monday, August 17, 2026, to respond to the Petition.

IT IS SO ORDERED.

Dated: August 17, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 hasa5590.36resp